# EXHIBIT 1

ELECTRONICALLY FILED - 2020 Oct 27 4:51 PM - CHESTER - COMMON PLEAS - CASE#2020CP1200514

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| ) | |
| COUNTY OF CHESTER ) | CASE NO. 20-CP-29- |
| ) | |
| Tony Gilmore, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **SUMMONS** |
| ) | |
| Family Dollar Inc., ) | Jury Trial Requested |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO THE DEFENDANT ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the Summons and Complaint in this action, a copy of which is herewith served upon you, and to serve a copy of your answer to said Summons and Complaint on the subscribed at his office at 1050 College Ave. Ext., Rock Hill, SC 29732, within thirty (30) days after the service hereof, exclusive of the day of such service; and, if you fail to answer the Summons and Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for judgment by default for the relief demanded in the Complaint.

                                                                             s/Brandon G. Nobles  
                                                                             Brandon G. Nobles  
                                                                             1050 College Ave. Ext.  
                                                                             Rock Hill, S.C. 29732  
                                                                             (803) 324-7200  
                                                                             SC Bar#: 100710  
                                                                             bgnobles@fcwlaw.com  
                                                                             ATTORNEY FOR PLAINTIFF

ELECTRONICALLY FILED - 2020 Oct 27 4:51 PM - CHESTER - COMMON PLEAS - CASE#2020CP1200514

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF CHESTER ) | CASE NO. 20-CP-29-_____ |
| Tony Gilmore, ) | |
| Plaintiff, ) | |
| vs. ) | **COMPLAINT** |
| Family Dollar Inc., ) | Jury Trial Requested |
| Defendant. ) | |

NOW COMES the Plaintiff, above-named, complaining of the Defendant, above-named, and does allege and show unto this Honorable Court as follows:

1. That the Plaintiff is a citizen and resident of Chester County, State of South Carolina.

2. That the Defendant, Family Dollar, Inc., is a business incorporated and existing under the laws of the State of North Carolina, but regularly conducting business in South Carolina.

3. The Defendant is and was the owner of the store located at 2091 J A Cochran Bypass, Chester, S.C., and was responsible for keeping the property safe and free of any dangerous conditions on the premises.

4. That the incidents described herein occurred in Chester County, State of South Carolina.

5. That this Honorable Court has jurisdiction over the parties and the subject matter set forth herein.

6. That on or about October 29, 2017, the Plaintiff was an invitee on the premises of the Family Dollar located at 2091 J A Cochran Bypass, Chester, S.C., when Plaintiff fell due to a clear, unknown liquid on the floor, causing substantial injury to Plaintiff's person.

7. As a direct and proximate result of the fall, the Plaintiff sustained serious and severe injuries requiring Plaintiff to incur medical bills and endure tremendous pain and suffering.

8. That the Defendant was, at the time and place above-mentioned, negligent, grossly negligent, wanton, willful, and careless in one or more of the following particulars:

    A. In failing to provide a safe environment;

    B. In failing to give notice of a dangerous condition;

    C. In failing to inspect and maintain the premises in a manner consistent with operating a business that is safe for its patrons;

    D. In failing to use the degree of care and caution that a reasonable and prudent person would have used under the circumstances then and there prevailing, which was the direct and proximate cause of the damages and injuries suffered by the Plaintiff herein, said acts being in violation of the statutory and common laws of the State of South Carolina.

9. That as a direct and proximate result of the Defendant's failure to provide safe conditions, the Plaintiff has suffered great physical harm and injury, which has and will in the future cause the Plaintiff to undergo much physical pain and suffering, and has and will in the future cause the Plaintiff to spend large amounts of money for medical treatment and services–all to the Plaintiff's general damage and detriment.

10. That by reason of the acts of the Defendant as set forth above, the Plaintiff is informed and believes that the Plaintiff is entitled to an award of actual damages in an amount to be determined by a jury, together with punitive damages in an appropriate amount, and for the costs of this action, and attorney's fees.

ELECTRONICALLY FILED - 2020 Oct 27 4:51 PM - CHESTER - COMMON PLEAS - CASE#2020CP1200514

ELECTRONICALLY FILED - 2020 Oct 27 4:51 PM - CHESTER - COMMON PLEAS - CASE#2020CP1200514

WHEREFORE, the Plaintiff demands trial by jury and prays for judgment against the Defendant in an amount of actual damages, and for punitive damages in an appropriate amount, for the costs of this action, and for such other and further relief as this Court might deem just and proper.

                                          s/Brandon G. Nobles
                                      Brandon G. Nobles
                                      1050 College Ave. Ext.
                                      Rock Hill, S.C. 29732
                                      (803) 324-7200
                                      SC Bar#: 100710
                                      bgnobles@fcwlaw.com
                                      ATTORNEY FOR PLAINTIFF